### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

**TERRY L. CRAFT, #L4910**                                                      **PLAINTIFF**

**VERSUS**                                           **CIVIL ACTION NO.  4:06-cv-132-TSL-LRA**

**WARDEN GRIMES, et al.**                                                      **DEFENDANTS**

ORDER

Upon consideration of the complaint filed pursuant to 42 U.S.C. § 1983 by the plaintiff

in the above entitled action, it is hereby,

ORDERED:

1.  That within 20 days of this date plaintiff shall file a written response to:

(a) specifically state how defendant Major Moorey violated plaintiff's constitutional rights;

(b) specifically state how defendant Warden Grimes violated plaintiff's constitutional

rights;  (c) specifically state how defendant Major Banks violated plaintiff's constitutional

rights;  (d) specifically state how defendant Lieutenant Bennett violated plaintiff's

constitutional rights;  and (e) provide the full name of each defendant.

2.  **That failure to advise this Court of a change of address or failure to timely comply**

**with any Order of this Court may result in this cause being dismissed without further**

**notice to the plaintiff.**

THIS, the 18th day of April, 2007.


                              s/Linda R. Anderson
                              UNITED STATES MAGISTRATE JUDGE